**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**CARLOS PETERSON,**

                **Plaintiff,**         **8:12-cv-1873
                                                 (GLS/CFH)**

      v.

**NEW YORK STATE COURT OF
APPEALS,**

                **Defendant.**
_____

**APPEARANCES:**                 **OF COUNSEL:**

**FOR THE PLAINTIFF:**
Carlos Peterson
Pro Se
08-B-3052
Clinton Correctional Facility
P.O. Box 2002
Dannemora, NY 12929

**FOR THE DEFENDANT**
NO APPEARANCE[1]

**Gary L. Sharpe
Chief Judge**

## MEMORANDUM-DECISION AND ORDER

### I. Introduction

---

[1] Service on the defendant has not yet been permitted as this case comes to the court as part of the preliminary review under 28 U.S.C. § 1915.

Plaintiff *pro se* Carlos Peterson brings this action under 42 U.S.C. § 1983, alleging his constitutional rights were violated by defendant New York State Court of Appeals. (*See* Compl., Dkt. No. 1.) In a Report-Recommendation and Order (R&R) filed December 27, 2012, Magistrate Judge Christian F. Hummel recommended that the Complaint be dismissed.[2] (*See generally* R&R, Dkt. No. 4.) Pending are Peterson's objections to the R&R. (*See* Dkt. No. 5.) For the reasons that follow, the R&R is adopted in its entirety.

## II. Standard of Review

Before entering final judgment, this court routinely reviews all report-recommendation and orders in cases it has referred to a magistrate judge. If a party has objected to specific elements of the magistrate judge's findings and recommendations, this court reviews those findings and recommendations *de novo*. *See Almonte v. N.Y. State Div. of Parole*, No. Civ. 904CV484GLS, 2006 WL 149049, at *6-7 (N.D.N.Y. Jan. 18, 2006). Where no party has filed an objection, only vague or general objections are made, or a party resubmits the same papers and arguments already

---

[2] The Clerk is directed to append the R&R to this decision, and familiarity therewith is presumed.

considered by the magistrate judge, this court reviews the findings and recommendations of the magistrate judge for clear error. *See id.*, at *4-5.

### III. Discussion

Peterson's "objections" consist of statements expressing his dissatisfaction with the way in which the Court of Appeals reviews state convictions. (*See* Dkt. No. 5 at 1-2.) Noticeably absent from Peterson's submission is a reference to any errors in Judge Hummel's decision. (*See id.*) As such, Peterson's "objections" are insufficient to require a *de novo* review. Having found no clear error in the R&R, the court accepts and adopts Judge Hummel's R&R in its entirety.

### IV. Conclusion

**WHEREFORE**, for the foregoing reasons, it is hereby

**ORDERED** that Magistrate Judge Christian F. Hummel's December 27, 2012 Report-Recommendation and Order (Dkt. No. 4) is **ADOPTED** in its entirety; and it is further

**ORDERED** that Peterson's Complaint (Dkt. No. 1) is **DISMISSED**; and it is further

**ORDERED** that the Clerk close this case; and it is further

**ORDERED** that the Clerk provide a copy of this Memorandum-

Decision and Order to the parties by mail and certified mail.

**IT IS SO ORDERED.**

February 25, 2013
Albany, New York

Gary L. Sharpe
Chief Judge
U.S. District Court

4